# EXHIBIT 1

| AOC-E-105  Sum Code: CI |  | NOT ORIGINAL DOCUMENT  03/02/2021 04:04:49 PM  87453 | |
|---|---|---|---|
| Rev. 9-14 | | Case #: 21-CI-001173 | |
| Commonwealth of Kentucky  Court of Justice   Courts.ky.gov | | Court: **CIRCUIT** | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | County: **JEFFERSON Circuit** | |

Plaintiff, **SANDERS, JERRY A.** VS. **THE TRAVELERS INDEMNITY COMPANY**, Defendant

TO: **CORPORATION SERVICE COMPANY**
    **421 WEST MAIN STREET**
    **FRANKFORT, KY 40601**

Memo: Related party is THE TRAVELERS INDEMNITY COMPANY

The Commonwealth of Kentucky to Defendant:
**THE TRAVELERS INDEMNITY COMPANY**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson
Jefferson Circuit Clerk
Date: **2/24/2021**

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____        _____
                                    Served By

                                    _____
                                    Title

CI : 000001 of 000001

Summons ID: @00000968099
CIRCUIT: 21-CI-001173 Certified Mail
SANDERS, JERRY A. VS. THE TRAVELERS INDEMNITY COMPANY



Page 1 of 1

eFiled

Filed          21-CI-001173     02/24/2021          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/02/2021 05:09:31 PM
87453-1

NO.                                                                    JEFFERSON CIRCUIT COURT
                                                                       DIVISION _____
                                                                       JUDGE _____

JERRY A. SANDERS                                                                       PLAINTIFF

VS                                    **COMPLAINT**

THE TRAVELERS INDEMNITY COMPANY                                                        DEFENDANT
One Tower Square
Hartford, CT 06183

      Serve:     Corporation Service Company
                     421 West Main Street
                     Frankfort, Kentucky 40601

                         \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

      Comes Plaintiff, Jerry A. Sanders, by and through counsel, and for his Complaint and causes of action against Defendant, The Travelers Indemnity Company (Travelers), herein states as follows:

1. Plaintiff, Jerry A. Sanders, was at all times relevant herein a resident of Louisville, Jefferson County, Kentucky.

2. On or about September 16, 2018, Plaintiff drove a 2008 Honda Accord on I-264 in Louisville, Jeffferson County, Kentucky when non-party underinsured driver Stephen J. Booth negligently and carelessly operated his vehicle and caused it to collide with Plaintiff's vehicle, causing serious personal injuries to Plaintiff.

3. Plaintiff accepted settlement from Stephen J. Booth's insurance carrier, The Travelers Indemnity Company, after following the procedures required by KRS 304.29-320 and the Kentucky cases *Malone v. Kentucky Farm Bureau Mut. Ins. Co.,* 287 S. W. 3d 656 (Ky. 2009) and *Coots v. Allstate Ins. Co.,* 853 S.W.2d 895(Ky. 1993).

4. Defendant Travelers is a foreign corporation with a principal office address of One Tower

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

COM : 000001 of 000004

Filed          21-CI-001173     02/24/2021          David L. Nicholson, Jefferson Circuit Clerk

Square, Hartford, Connecticut 06183. Travelers is doing business, and does business, in the Commonwealth of Kentucky and has as its agent for service of process Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

5. The incident giving rise to this action occurred in Louisville, Jefferson County, Kentucky, and the damages are in excess of the jurisdictional limits of this Court.

6. Plaintiff, Jerry A. Sanders, was at the time of the collision referred to above, insured under a policy (or policies) of insurance with Defendant Travelers which, among other coverages, provided Plaintiff with underinsured motorist coverage(s); upon which policy(ies) premiums were paid and which policy(ies) was in full force and effect on the date of the collision referred to above. Plaintiff is entitled to pursue underinsured motorist benefits under said policy(ies).

7. Stephen J. Booth, was, at the time of the collision referred to above, underinsured as that term is understood in the applicable policy.

8. The negligence of Stephen J. Booth was a substantial factor in causing the Plaintiff to sustain painful and permanent injuries, to incur medical expenses both past and future, and to incur pain and suffering, both body and mind, from the time of the incident to the present and in the future, all of which are in excess of the minimal jurisdictional limits of this Court.

9. The Plaintiff, Jerry A. Sanders, has demanded payment from Defendant Travelers, but no settlement has been reached.

**WHEREFORE**, Plaintiff, Jerry A. Sanders, by counsel, demands as follows:

1. That the clerk of this Court issue Summons to Defendant The Travelers Indemnity Company, and to direct a copy thereof, along with a copy of the Complaint.

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)
COM : 000002 of 000004

Filed        21-CI-001173      02/24/2021        David L. Nicholson, Jefferson Circuit Clerk
                                                              NOT ORIGINAL DOCUMENT
                                                              03/02/2021 05:09:31 PM
                                                              87453-1

2. Judgment against Defendant Travelers, in favor of Plaintiff, in a fair and reasonable amount to compensate Plaintiff for any and all allowable claims of damages under the laws of the Commonwealth of Kentucky, as well as all other damages herein alleged;

3. Trial by jury;

4. Costs herein incurred; and

5. All just and proper relief to which Plaintiff may appear entitled, including the right to amend this Complaint.

Respectfully Submitted,

/s/ Nicholas K. Haynes
Nicholas K. Haynes
Isaacs & Isaacs, PSC
1601 Business Center Court
Louisville, KY 40299
Telephone: 502.458.1000
Facsimile: 502.454.5512
nhaynes@isaacsandisaacs.com
whitney.rudie@isaacsandisaacs.com (CR 5.02)
*Counsel for Plaintiff*

Filed        21-CI-001173      02/24/2021        David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)
COM : 000003 of 000004

Filed          21-CI-001173          02/24/2021          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/02/2021 05:09:31 PM
87453-1

## CERTIFICATION

The undersigned does hereby certify that the following entities have been notified of the pendency of this action by provision of a true and accurate copy of this Complaint via certified mail, return receipt requested, for any and all purposes relating to subrogation interests which might be asserted herein, underinsured motorist benefits, or any other purpose which, under law, might mandate notice of the pendency of this action.

Pursuant to KRS 411.188, you are respectfully notified that failure to assert subrogation rights in this case by intervention pursuant to Kentucky Civil Rule 24 will result in loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

| UMR<br>11000 Optum Circle<br>MN102-0300<br>Eden Prairie, MN  55344 | |

This 24th day of February, 2021.

/s/ Nicholas K. Haynes
Counsel for Plaintiff

4

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

COM : 000004 of 000004

Filed        21-CI-001173     02/24/2021        David L. Nicholson, Jefferson Circuit Clerk
                                                       NOT ORIGINAL DOCUMENT
                                                       03/02/2021 05:10:09 PM
                                                       87453-1

NO.                                                                                              JEFFERSON CIRCUIT COURT
                                                                                                                         DIVISION _____
                                                                                                                           JUDGE _____

JERRY A. SANDERS                                                                                                    PLAINTIFF

v.                 **NOTICE OF ELECTRONIC SERVICE PER CR 5.02(2)**

THE TRAVELERS INDEMNITY COMPANY                                     DEFENDANTS
One Tower Square
Hartford, CT 06183

        Serve: Corporation Service Company
               421 West Main Street
               Frankfort, Kentucky 40601

                                              \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

PLEASE TAKE NOTICE, pursuant to CR 5.02(2), that counsel for Plaintiff elects to "effectuate and receive service via electronic means." The electronic notification addresses at which the undersigned attorney agrees to accept service are listed below. Please include the following email addresses below to assure receipt of service.

                                     nhaynes@isaacsandisaacs.com
                         whitney.rudie@isaacsandisaacs.com – Paralegal

Please provide, in accordance with said rule, the electronic notification address at which counsel may be served.

                              **[SIGNATURE CONTAINED ON FOLLOWING PAGE]**

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

Filed        21-CI-001173     02/24/2021        David L. Nicholson, Jefferson Circuit Clerk

NO : 000001 of 000002

Filed        21-CI-001173        02/24/2021        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/02/2021 05:10:09 PM
87453-1

Respectfully Submitted,
**ISAACS AND ISAACS, P.S.C.**

/s/ *Nicholas K. Haynes*
Nicholas K. Haynes
1601 Business Center Court
Louisville, Kentucky 40299
nhaynes@isaacsandisaacs.com
whitney.rudie@isaacsandisaacs.com(CR 5.02)
Telephone: (502) 458-1000
Facsimile: (502) 454-5512
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy hereof was served upon the Defendant(s) at the time of service of process.

/s/ Nicholas K. Haynes
*Counsel for Plaintiff*

Filed        21-CI-001173        02/24/2021        David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. JUDITH MCDONALD BURKMAN (630153)

NO : 000002 of 000002



**Commonwealth of Kentucky**
**David L. Nicholson, Jefferson Circuit Clerk**

NOT ORIGINAL DOCUMENT
03/16/2021 02:09:36 PM
87453-1

Case #: 21-CI-001173    Envelope #:
Received From: NICHOLAS HAYNES    Account Of: NICHOLAS HAYNES
Case Title: SANDERS, JERRY A. VS. THE TRAVELERS INDEMNITY COMPANY    Confirmation Number:
Filed On 2/24/2021 11:14:41AM

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $3.00 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Charges For Services(Jury Demand / 12) | $70.00 |
| 7 | Money Collected For Others(Postage) | $12.71 |
| 8 | Charges For Services(Copy - Photocopy) | $0.80 |
|   | **TOTAL:** | **$281.51** |